IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EDDIE HOLLIDAY                                                                    PLAINTIFF

v.                          No. 3:25-cv-27-DPM

GEORGE'S, INC.                                                                    DEFENDANT

## JUDGMENT

Holliday's complaint is dismissed with prejudice. The Court retains jurisdiction until 17 February 2026 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

16 December 2025